Solomon Boomer 94a-4650  
Green Haven Corr. Fac.  
P.O. Box 4000  
Stormville, N.Y. 12582          19-cv-04754 NSR  
A-4-158  

TO: Clerk  
    500 Pearl Street, Suite, 400  
    New York, N.Y 10007                AUG 26 2019  

Dear Clerk:  
   I am writing to inform the court that I have received a copy of the U.S Marshal's process receipt & return(summon & complaint), on 8/21/19. All the defendants were served, except NP leroy leonard; because he has lefted to Nwe Mexico. The other providers here told me that he had went there. Therefore, the marshal was unable to serve him.  
Can this Court have the U.S. Marshals in New Mexico serve the defendant there. Thank-you.  

cc: File                         Respectfully,  
    SB  
                                 *Solomon Boomer*  
                                 Solomon Boomer  
                                 94a-4650

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Solomon Boomer  DIN: 94A4650
A-4-15F

NEOPOST  FIRST-CLASS MAIL
US POSTAGE $000.50⁰
ZIP 12582
041L11259010

To: United States District Court
Souther District of New York
300 Qurropas Street
White Plains, New York 10601

  AUG 26 2019

1060184140 C004

Legal Mail