UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

SOLOMON BOOMER,

                        Plaintiff,

-against-                                    19 **CIVIL** 4754 (PMH)

**JUDGMENT**

DR. ROBERT BENTIVEGNA, et al.,

                        Defendants.

-------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2021, On March 26, 2021, the Court issued a Memorandum Opinion and Order granting Defendants' motion to dismiss without prejudice and providing Plaintiff with an opportunity to "file an Amended Complaint within thirty days from the date of [that] Order to address the specific pleading deficiencies identified" by the Court. (Doc. 41 at 12). The Court warned explicitly that "[f]ailure to file an Amended Complaint within thirty days will result in dismissal of the claims for relief against Defendants with prejudice and the termination of this action." (*Id*.). Almost two months have passed since the Court issued the Memorandum Opinion and Order, but no Amended Complaint (or any other communication from Plaintiff) has been received; accordingly, this case is closed.

**Dated:** New York, New York

      May 19, 2021

                                                    **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                                **BY:**

                                                        **Deputy Clerk**