United States District Court for the ~~Southern~~ District of ~~New york~~

Solomon Boomer

Plaintiff,

vs.

Case No. 19-cv-4734 (PMH)

Dr. Robert Bentrega

Defendant.

RECEIVED JUN 10 2021 S.D.N.Y. - APPEALS

# NOTICE OF APPEAL

Notice is hereby given that __Solomon Boomer__,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Second Circuit from __A decision granting defendant's ~~our~~ Summary Judgement__
*The final judgment, from an order describing it*

entered in this action on the __26__ day of __March__.

(s) Solomon Boomer

Address: Mohawk Corr. Fac/Walsh R.M.U.
6514 Rt. 26
P.O. Box 8451
Rome, N.Y 13442

Attorney for pro-se

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
11/16

## Form 7. **Declaration** of **Inmate Filing**

United States District Court For the Southern Dist. of New York
[insert name of court; for example,
United States District Court for the District of ~~Minnesota~~]

~~A.D., Plaintiff~~ Solomon
Boomer
Dr. Robert Bentivegna

Case No. 19-CV-4754(PMH)

C.D., Defendant

I am an **inmate** confined in an institution. Today, 5th June [insert date], I am depositing the Notice of Appeal [insert title of document; for example, "notice of appeal"] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I **declare** under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here  Solomon Boomer
Signed on 5th [insert date]

[*Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

**CREDIT(S)**

(Added Apr. 28, 2016, eff. Dec. 1, 2016. As amended Apr. 26, 2018, eff. Dec. 1, 2018.)

F. R. A. P. Form 7, 28 U.S.C.A., FRAP Form 7
Including Amendments Received Through 6-1-21

## Declaration

I am attaching this declaration to the Notice of appeal, to state, that I had received the decision from the Judge on May 11th, 2021. I have also been from clinic to clinic, due to my injuries. I am unable to walk, and I had surgery on my foot. The doctors wanted cut my foot off, but I've choosen to be on antibiotics for seven weeks, which was completed on June 3, 2021.

Being that I received the decision on May 11th 2021, I should be granted to file my notice of appeal by June 11th 2021. I placed my notice of appeal in the mailbox here at Walsh on the 6th of June 2021. Attach to the notice is a copy of the envelope as exhibit number 1, to confirm when I received it.

I declare under the penalty of perjury that the foregoing is true and correct to the best of knowledge. Executed on June 6th 2021

Respectfully,

Solomon Boamah

FIRST-CLASS MAIL
$00.71⁰
ZIP 10007
041L11231778
US POSTAGE
29/2021

RECEIVED
MAY 11 2021
Mohawk Correctional Facility
Mailroom

Solomon Boomer
#94-A-4650
GREEN HAVEN CORRECTIONAL FACILITY
P.O. Box 4000
Stormville, NY 12582

CONFIDENTIAL
LEGAL MAIL



CLERK OF COURT
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL ST
NEW YORK, NY 10007
OFFICIAL BUSINESS



**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: Solomon Boomer
A-2-11

LEGAL MAIL
Appeals JKR

To: Clerk of the Court
United States District
Court Southern District
of New York
U.S. Courthouse - 500
Pearl St. NY, NY 10007

SYRACUSE NY 130
8 JUN 2021 PM W 12 L

RECEIVED
2021 JUN 10 A 11:50
CLERK'S OFFICE
SDNY

06/08/2021
US POSTAGE $000.51
ZIP 13440
041M11469096



Printed on Recycled Paper

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Solomon Boomer   DIN: 94A4650